Cite as 2023 Ark. 110

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE CREATION OF THE ARKANSAS PRO BONO APPEALS PILOT PROGRAM | **Opinion Delivered** June 15, 2023 |

## PER CURIAM

Today, we announce the creation of the Arkansas Pro Bono Appeals Pilot Program. The program's goal is to pair low-income appellate litigants with pro bono counsel that can assist them through the appellate process. The Center for Arkansas Legal Services (CALS) and Legal Aid of Arkansas (Legal Aid) have graciously volunteered to provide income-eligibility screening and referral services for the program. Assistance will be available to appellate litigants in civil cases who are not incarcerated, whose income is at or below 125 percent of the federal poverty level, and who otherwise meet the eligibility requirements for receipt of assistance through CALS and Legal Aid. Once the program is operational, pro se litigants may apply for a referral to a volunteer attorney. If the application is approved and a referral is made, the attorney will then consult with the litigant about the matter and decide whether and to what extent to provide any assistance or representation.

Before the project can become operational, we will need a slate of attorneys willing to volunteer their time and efforts. Therefore, we are now seeking volunteers. As we have said before, pro bono public service to low-income Arkansans "represents one of the noblest attributes of the legal profession." *In re Access to Justice Month*, 2022 Ark. 173 (per curiam). Moreover, all Arkansas attorneys bear a professional responsibility to provide free legal

services to those unable to pay. Ark. R. Prof'l Conduct 6.1. Attorneys that participate in the program will be eligible to receive up to three hours of continuing legal education credit for their pro bono service. *See In re Rules for Minimum Continuing Legal Educ. (Rule 4)*, 2020 Ark. 259 (per curiam). And CALS and Legal Aid will provide malpractice insurance following a referral from one of those organizations.

Attorneys who wish to participate should email the Arkansas Supreme Court Clerk at probonoappeals@arcourts.gov. We thank everyone willing to assist in this effort to extend access to appellate justice to our fellow Arkansans who are without the resources to hire appellate counsel, and we anticipate announcing additional information once the program is operational.